IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: WILLIAM AND CARMEN JACOBO,<br>       Appellants,<br>    v.<br>BAC HOME LOANS SERVICING, LP,<br>       Appellee. | CIVIL NO. 11-5134(NLH)<br><br>**ORDER** |

**HILLMAN**, District Judge

      For the reasons explained in this Court's Opinion entered today, it is this   21st   day of   June  , 2012,

      **ORDERED** that the Order "Declaring Attempted Cram Down Ineffective, Granting Access to Property for Purposes of Conducting an Appraisal, Compelling Turnover of Documents from the Debtors and for Establishment of a Plenary Hearing to Determine Proper Valuation of Property Including Interest" entered on August 5, 2011, by the United States Bankruptcy Court for the District of New Jersey is hereby **AFFIRMED**.

      The Clerk of Court is directed to **CLOSE** this matter.

                                                s/Noel L. Hillman
                                             NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey